Charles Voit, Appellant, v. Charles Shamroth and Henri P. Alexander, Respondents.— Appeal dismissed, with costs, for the reason that an appeal does

not lie from an order disposing of a demurrer in a Municipal Court action. (See *Weiner* v. *Yale Knitting Mills*, 138 App. Div. 533.) Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.